

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2018

No. 04-18-00379-CV

The **STATE** of Texas,
Appellant

v.

**ONE MILLION SEVEN HUNDRED ELEVEN THOUSAND SIXTY-ONE DOLLARS AND SEVENTY-NINE CENTS** ($1,711,061.79) In U.S. Currency, Elgin Watch, Rope Necklace, ID Bracelet, Two (2) Costume Jewelry Rings, and Five (5) Silver Bars,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 10,242
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellant has filed an unopposed motion to supplement the clerk's record, noting the second page of the three-page order appealed from is missing. The appealed order is the June 6, 2018 order dismissing appellant's claims against the Villarreal Respondents. We grant the appellant's unopposed motion and order the trial court clerk, Dora Martinez Castañon, to file a supplemental clerk's record, by July 24, 2018 that contains the entire June 6, 2018 order.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court